UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| K.C., et al.,<br><br>      Plaintiffs,<br><br>   -against-<br><br>NEW YORK CITY BOARD OF EDUCATION, et al.,<br><br>      Defendants. | 21-CV-10624 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Discovery is hereby STAYED until January 11, 2024, so that the parties can attempt to reach a settlement in this case. By January 11, 2024, the parties must notify the Court whether they have reached a settlement. If a settlement is not reached by that date, this case will proceed to trial on an expedited basis.

  SO ORDERED.

Dated: November 3, 2023
    New York, New York

                      ARUN SUBRAMANIAN
                      United States District Judge