UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| K.C., et al., <br><br>                     Plaintiffs, <br><br>     -against- <br><br>NEW YORK CITY BOARD OF EDUCATION, et al., <br><br>                     Defendants. | 21-CV-10624 (AS) <br><br>ORDER OF DISMISSAL |

ARUN SUBRAMANIAN, United States District Judge:

      The Court having been advised at ECF No. 54 that all claims asserted herein have been settled in principle, it is ORDERED that the above-entitled action be and is hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action **within sixty days** of the date of this Order if the settlement is not consummated. **The Court does not typically enter parties' settlements as orders or maintain jurisdiction over the enforcement of settlements. The parties should therefore work to resolve any and all open issues to their satisfaction because the Court won't reopen the case after the 60-day deadline. If the case is reopened, then consistent with the Court's previous directives, a schedule for summary judgment and trial on any open issues will be set.**

      To be clear, any application to reopen must be filed by the aforementioned deadline; any application to reopen filed thereafter may be denied solely on that basis. Further, requests to extend the deadline to reopen are unlikely to be granted.

      Any pending motions are moot. All conferences are canceled. The Clerk of Court is directed to close the case.

      SO ORDERED.

Dated: April 22, 2024
       New York, New York

                                                  ARUN SUBRAMANIAN
                                                  United States District Judge